

# Earnings Statement



TRACTOR SUPPLY COMPANY  
5401 VIRGINIA WAY  
BRENTWOOD, TN 37027

Period Beginning: 10/12/2025  
Period Ending: 10/25/2025  
Pay Date: 10/31/2025

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

BRANDON L COOLBAUGH  
637 PURDY ROAD  
DALTON PA 18414

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| **Regular | 23.5800 | 77.60 | 1,829.81 | 35,766.23 |
| **Overtime | | | | 7.78 |
| **Drive Time | | | | 70.74 |
| Hol Base Pay | | | | 164.61 |
| Holiday Pay | | | | 937.92 |
| Holiday Prem | | | | 82.31 |
| Sick Pay | | | | 1,504.50 |
| Store Bonus | | | | 1,321.21 |
| Vacation | | | | 2,263.68 |
| **Gross Pay** | | | **$1,829.81** | 42,118.98 |

| | | |
|---|---|---|
| Net Pay | | $1,326.63 |
| Dpa | | -1,326.63 |
| Net Check | | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,717.63

**Deductions**    **Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -127.71 | 3,165.27 |
| Social Security Tax | -106.49 | 2,458.36 |
| Medicare Tax | -24.91 | 574.94 |
| PA State Income Tax | -52.73 | 1,217.30 |
| Pittston Twp Income Tax | -17.18 | 396.54 |
| Pittston Twp Local Svc Tax | -2.00 | 44.00 |
| PA SUI Tax | -1.28 | 29.48 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental | -12.19* | 268.18 |
| Hsatmct | -30.00* | 660.00 |
| Medical | -66.88* | 1,471.36 |
| Suplif | -3.81 | 83.82 |
| Vision | -3.11* | 68.42 |
| 401K Roth | -54.89 | 1,263.56 |
| Expense Reimb | | -49.00 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick Balance | 20.00 | |
| 401K Match | 54.89 | 1,263.56 |
| Totl Hrs Worked | 77.60 | |
| Sick Accrued Bw | | 4.00 |
| Sick Bal | | 20.00 |

**Important Notes**  
COMPANY PHONE NUMBER 615-440-4000

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA: Single

© 2000 ADP, Inc.



TRACTOR SUPPLY COMPANY  
5401 VIRGINIA WAY  
BRENTWOOD, TN 37027

Advice number: 00000455561  
Pay date: 10/31/2025

**Deposited to the account of**  
**BRANDON L COOLBAUGH**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7403 | xxxx xxxx | $1,326.63 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| TSX | 721575 | 002988 | | 0000475608 | 1 |

# Earnings Statement





TRACTOR SUPPLY COMPANY  
5401 VIRGINIA WAY  
BRENTWOOD, TN 37027

Period Beginning: 10/26/2025  
Period Ending: 11/08/2025  
Pay Date: 11/14/2025

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

BRANDON L COOLBAUGH  
637 PURDY ROAD  
DALTON PA 18414

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| **Regular | 23.5800 | 77.68 | 1,831.69 | 37,597.92 |
| **Overtime | | | | 7.78 |
| **Drive Time | | | | 70.74 |
| Hol Base Pay | | | | 164.61 |
| Holiday Pay | | | | 937.92 |
| Holiday Prem | | | | 82.31 |
| Sick Pay | | | | 1,504.50 |
| Store Bonus | | | | 1,321.21 |
| Vacation | | | | 2,263.68 |
| **Gross Pay** | | | **$1,831.69** | 43,950.67 |

| | | |
|---|---|---|
| **Net Pay** | | **$1,328.00** |
| Dpa | | -1,328.00 |
| **Net Check** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,719.51

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -127.93 | 3,293.20 |
| Social Security Tax | -106.61 | 2,564.97 |
| Medicare Tax | -24.93 | 599.87 |
| PA State Income Tax | -52.79 | 1,270.09 |
| Pittston Twp Income Tax | -17.20 | 413.74 |
| Pittston Twp Local Svc Tax | -2.00 | 46.00 |
| PA SUI Tax | -1.29 | 30.77 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental | -12.19* | 280.37 |
| Hsatmct | -30.00* | 690.00 |
| Medical | -66.88* | 1,538.24 |
| Suplif | -3.81 | 87.63 |
| Vision | -3.11* | 71.53 |
| 401K Roth | -54.95 | 1,318.51 |
| Expense Reimb | | -49.00 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K Match | 54.95 | 1,318.51 |
| Totl Hrs Worked | 77.68 | |

**Important Notes**

COMPANY PHONE NUMBER 615-440-4000

**Additional Tax Withholding Information**

Taxable Marital Status:  
  PA: Single

© 2000 ADP, Inc.



TRACTOR SUPPLY COMPANY  
5401 VIRGINIA WAY  
BRENTWOOD, TN 37027

Advice number: 00000475608  
Pay date: 11/14/2025

**Deposited to the account of**  
**BRANDON L COOLBAUGH**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7403 | xxxx xxxx | $1,328.00 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| TSX | 721575 | 002988 | | 0000495704 | 1 |

# Earnings Statement





TRACTOR SUPPLY COMPANY  
5401 VIRGINIA WAY  
BRENTWOOD, TN 37027

Period Beginning: 11/09/2025  
Period Ending: 11/22/2025  
Pay Date: 11/28/2025

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

BRANDON L COOLBAUGH  
637 PURDY ROAD  
DALTON PA 18414

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| **Regular | 23.5800 | 76.13 | 1,795.15 | 39,393.07 |
| Store Bonus | | | 168.82 | 1,490.03 |
| **Overtime | | | | 7.78 |
| **Drive Time | | | | 70.74 |
| Hol Base Pay | | | | 164.61 |
| Holiday Pay | | | | 937.92 |
| Holiday Prem | | | | 82.31 |
| Sick Pay | | | | 1,504.50 |
| Vacation | | | | 2,263.68 |
| **Gross Pay** | | | **$1,963.97** | 45,914.64 |

| Net Pay | $1,407.98 |
|---|---|
| Dpa | -1,407.98 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,851.79

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -160.69 | 3,453.89 |
| | Social Security Tax | -114.81 | 2,679.78 |
| | Medicare Tax | -26.85 | 626.72 |
| | PA State Income Tax | -56.85 | 1,326.94 |
| | Pittston Twp Income Tax | -18.52 | 432.26 |
| | Pittston Twp Local Svc Tax | -2.00 | 48.00 |
| | PA SUI Tax | -1.37 | 32.14 |
| | **Other** | | |
| | Dental | -12.19* | 292.56 |
| | Hsatmct | -30.00* | 720.00 |
| | Medical | -66.88* | 1,605.12 |
| | Suplif | -3.81 | 91.44 |
| | Vision | -3.11* | 74.64 |
| | 401K Roth | -58.91 | 1,377.42 |
| | Expense Reimb | | -49.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 24.00 | |
| 401K Match | 58.91 | 1,377.42 |
| Totl Hrs Worked | 76.13 | |
| Sick Accrued Bw | | 4.00 |
| Sick Bal | | 24.00 |

**Important Notes**  
COMPANY PHONE NUMBER 615-440-4000

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA: Single

© 2000 ADP, Inc.



TRACTOR SUPPLY COMPANY  
5401 VIRGINIA WAY  
BRENTWOOD, TN 37027

Advice number: 00000495704  
Pay date: 11/28/2025

THIS IS NOT A CHECK

**Deposited to the account of**  
BRANDON L COOLBAUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7403 | xxxx xxxx | $1,407.98 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| TSX | 721575 | 002988 | | 0000515652 | 1 |



TRACTOR SUPPLY COMPANY
5401 VIRGINIA WAY
BRENTWOOD, TN 37027

# Earnings Statement



Period Beginning: 11/23/2025
Period Ending: 12/06/2025
Pay Date: 12/12/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

BRANDON L COOLBAUGH
637 PURDY ROAD
DALTON PA 18414

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| **Regular | 23.5800 | 70.43 | 1,660.74 | 41,053.81 |
| Holiday Pay | 23.5800 | 8.00 | 188.64 | 1,126.56 |
| **Overtime | | | | 7.78 |
| **Drive Time | | | | 70.74 |
| Hol Base Pay | | | | 164.61 |
| Holiday Prem | | | | 82.31 |
| Sick Pay | | | | 1,504.50 |
| Store Bonus | | | | 1,490.03 |
| Vacation | | | | 2,263.68 |
| **Gross Pay** | | | **$1,849.38** | 47,764.02 |

**Deductions**

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -130.06 | 3,583.95 |
| Social Security Tax | -107.71 | 2,787.49 |
| Medicare Tax | -25.19 | 651.91 |
| PA State Income Tax | -53.33 | 1,380.27 |
| Pittston Twp Income Tax | -17.37 | 449.63 |
| Pittston Twp Local Svc Tax | -2.00 | 50.00 |
| PA SUI Tax | -1.29 | 33.43 |

**Other**

| | | |
|---|---|---|
| Dental | -12.19* | 304.75 |
| Hsatmct | -30.00* | 750.00 |
| Medical | -66.88* | 1,672.00 |
| Suplif | -3.81 | 95.25 |
| Vision | -3.11* | 77.75 |
| 401K Roth | -55.48 | 1,432.90 |
| Expense Reimb | | -49.00 |

| | |
|---|---|
| **Net Pay** | **$1,340.96** |
| Dpa | -1,340.96 |
| **Net Check** | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,737.20

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Sick Balance | 24.00 | |
| 401K Match | 55.48 | 1,432.90 |
| Totl Hrs Worked | 70.43 | |
| Sick Bal | | 24.00 |

**Important Notes**
COMPANY PHONE NUMBER 615-440-4000

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single

© 2000 ADP, Inc.



TRACTOR SUPPLY COMPANY
5401 VIRGINIA WAY
BRENTWOOD, TN 37027

Advice number: 00000515652
Pay date: 12/12/2025



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **BRANDON L COOLBAUGH** | xxxxxxxxxxxx7403 | xxxx xxxx | $1,340.96 |

## NON-NEGOTIABLE

# Earnings Statement





TRACTOR SUPPLY COMPANY
5401 VIRGINIA WAY
BRENTWOOD, TN 37027

Period Beginning: 12/07/2025
Period Ending: 12/20/2025
Pay Date: 12/26/2025

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

BRANDON L COOLBAUGH
637 PURDY ROAD
DALTON PA 18414

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| **Regular | 23.5800 | 76.36 | 1,800.57 | 42,854.38 |
| **Overtime | | | | 7.78 |
| **Drive Time | | | | 70.74 |
| Hol Base Pay | | | | 164.61 |
| Holiday Pay | | | | 1,126.56 |
| Holiday Prem | | | | 82.31 |
| Sick Pay | | | | 1,504.50 |
| Store Bonus | | | | 1,490.03 |
| Vacation | | | | 2,263.68 |
| **Gross Pay** | | | **$1,800.57** | 49,564.59 |

| | | |
|---|---|---|
| Net Pay | | $1,328.10 |
| Dpa | | -1,328.10 |
| Net Check | | $0.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,718.39

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -127.80 | 3,711.75 |
| | Social Security Tax | -106.54 | 2,894.03 |
| | Medicare Tax | -24.92 | 676.83 |
| | PA State Income Tax | -52.75 | 1,433.02 |
| | Pittston Twp Income Tax | -17.18 | 466.81 |
| | Pittston Twp Local Svc Tax | -2.00 | 52.00 |
| | PA SUI Tax | -1.27 | 34.70 |
| | **Other** | | |
| | Dental | -12.19* | 316.94 |
| | Medical | -66.88* | 1,738.88 |
| | Suplif | -3.81 | 99.06 |
| | Vision | -3.11* | 80.86 |
| | 401K Roth | -54.02 | 1,486.92 |
| | Expense Reimb | | -49.00 |
| | Hsatmct | | 750.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 28.00 | |
| 401K Match | 54.02 | 1,486.92 |
| Totl Hrs Worked | 76.36 | |
| Sick Accrued Bw | | 4.00 |
| Sick Bal | | 28.00 |

**Important Notes**
COMPANY PHONE NUMBER 615-440-4000

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single

© 2000 ADP, Inc.



TRACTOR SUPPLY COMPANY
5401 VIRGINIA WAY
BRENTWOOD, TN 37027

Advice number: 00000535673
Pay date: 12/26/2025

**Deposited to the account of**
BRANDON L COOLBAUGH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx7403 | xxxx xxxx | $1,328.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**