IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Brandon Lee Coolbaugh; aka Brandon Coolbaugh; aka Brandon L Coolbaugh,<br><br>Debtor<br><br>Address: 637 Purdy Rd.<br>Dalton, PA 18414<br><br>Debtor Last Four Digits of SSN: 1659<br><br>Brandon Lee Coolbaugh,<br><br>Movant<br>vs.<br><br>Bridgecrest Credit Company, LLC,<br><br>Respondent | Chapter 7<br><br>Case No. 5:26-bk-00030-MJC |

## DEBTOR'S MOTION TO REDEEM PROPERTY PURSUANT TO 11 U.S.C. § 722

1. Movant is the debtor in the above-captioned chapter 7 case. This matter is a core matter.

2. Among the dischargeable consumer debts listed in the petition filed herein was a loan from Bridgecrest Credit Company, LLC secured by Movant's 2018 Jeep Compass with the VIN number 3C4NJDCB8JT249173.

3. The automobile has been claimed as exempt under 11 U.S.C. § 522(d)(2), and is used by Movant for personal and family purposes.

4. The Kelley Blue Book Trade-In valuation asserts that the average cost to purchase a 2018 Jeep Compass with 68,296 miles in the 18414 Zip code is $10,647.00. A copy of that valuation is attached as Exhibit A.

5. Movant wishes to redeem the vehicle pursuant to 11 U.S.C. § 722.

WHEREFORE, Movant prays this Court order Bridgecrest Credit Company, LLC to remove and mark satisfied any encumbrance or security interest in Movant's vehicle upon payment to Bridgecrest Credit Company, LLC of $10,647.00.

Date: January 27, 2026				s/ Carlo Sabatini
						Carlo Sabatini, Attorney for Movant
						Bar Number PA 83831
						Sabatini Law Firm, LLC
						216 N. Blakely St.
						Dunmore, PA 18512
						Phone (570) 341-9000
						Facsimile (570) 504-2769
						Email ecf@bankruptcypa.com