## My Car's Value
## 2018 Jeep Compass Limited Sport Utility 4D   4.7  (462 Ratings)   Write a Review

VIN: **3C4NJDCB8JT249173**

**Values** |  Recall Alerts (6)

---

# Your Values

‹ Cash Offer    **Trade-In**    Donate Yo ›

 Save This Car      Share This Value

---

### Stay Up to Speed with Email Alerts

Get an email alert whenever your car's value changes.



**Track My Value**

---

**Trade-in Range**
**$9,072 - $12,197**

Trade-in Value
$10,647



ⓘ Important info & definitions

kbb.com

**Values** | ⚠️ Recall Alerts (6)



Trade-in Range
**$9,072 - $12,197**
Trade-in Value
**$10,647**

ⓘ Important info & definitions

Value valid as of **01/21/2026**

## Factors That Impact Value

Check that yours are correct below.

Mileage: **68,296** ✎          ZIP Code: **18414** 📍

Condition: **Good** ⌄          **Edit Options**

More Research Tools

**2026 Acura ADX**                    ⓐACURA

