IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Brandon Lee Coolbaugh; aka Brandon Coolbaugh; aka Brandon L Coolbaugh,<br><br>Debtor<br><br>Brandon Lee Coolbaugh,<br><br>Movant<br><br>vs.<br><br>Bridgecrest Credit Company, LLC,<br><br>Respondent | Chapter 7<br><br>Case No. 5:26-bk-00030-MJC<br><br>Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722 |

**ORDER**

Upon consideration of *Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722*,

it is hereby ordered that the Motion is granted. Bridgecrest Credit Company, LLC will remove

and mark satisfied any encumbrance or security interest in Movant's vehicle with VIN number

3C4NJDCB8JT249173 upon payment to Bridgecrest Credit Company, LLC of $10,647.00.