IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Brandon Lee Coolbaugh; aka Brandon Coolbaugh; aka Brandon L Coolbaugh,<br><br>Debtor<br><br>Brandon Lee Coolbaugh,<br><br>Movant<br>vs.<br><br>Bridgecrest Credit Company, LLC,<br><br>Respondent | Chapter 7<br><br>Case No. 5:26-bk-00030-MJC |

**Certificate of Service**

| Title of Papers Served: | <ul><li>Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722</li><li>Notice</li><li>Proposed Order</li></ul> | | |
|---|---|---|---|
| Name and Address of Recipient: | | Entity the Recipient Represents (if applicable) | Method of Service |
| Officer, Manager, or General Agent<br>Bridgecrest Credit Company, LLC<br>7300 E Hampton Ave, Ste 101<br>Mesa, AZ 85209 | | | U.S. Mail – Certified, Return Receipt Requested |
| Officer, Manager, or General Agent<br>Attn: Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave, Dept. APS<br>Oklahoma City, OK 73118 | | | U.S. Mail – Certified, Return Receipt Requested |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: January 27, 2026

s/Tiffany Bator
Tiffany Bator, Paralegal
Sabatini Law Firm, LLC