UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

In re:  
    Brandon Lee Coolbaugh  
      AKA Brandon Coolbaugh  
      AKA Brandon L Coolbaugh  

    Debtor

Chapter 7  
Case No. 26-00030-MJC

## NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Bridgecrest Acceptance Corporation, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: <u>February 10, 2026</u>

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*  
Eliza Garifullina, Esq. PA 336983  
Elizabeth A. Trachtman, Esq. PA 333427  
Michele M. Bradford, Esq. PA 69849  
Orlans Law Group PLLC  
Attorney for Bridgecrest Acceptance Corporation  
200 Eagle Road, Bldg 2, Suite 120  
Wayne, PA 19087  
(484) 367-4191  
Email: egarifullina@orlans.com  
etrachtman@orlans.com  
mbradford@orlans.com  
File Number: 26-001660