UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre)

| | |
|---|---|
| IN RE:<br><br>Brandon Lee Coolbaugh<br>aka Brandon Coolbaugh<br>aka Brandon L Coolbaugh<br><br>Debtor | Chapter 7<br><br>Case No. 26-00030-MJC |
| Brandon Lee Coolbaugh<br><br>Movant<br><br>v.<br><br>Bridgecrest Credit Company, LLC<br><br>Respondent<br><br>Lisa Ann Rynard<br><br>Trustee | Doc. No. 11 |

### RESPONSE TO DEBTOR'S MOTION TO REDEEM PROPERTY PURSUANT TO 11 U.S.C. §722

COMES NOW Creditor, Bridgecrest Acceptance Corporation, by and through their undersigned counsel, Orlans Law Group PLLC, and responds to Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. §722 (Doc. No. 11) ("Debtor's Motion") and states:

1.  Creditor agrees.

2.  Creditor is the lienholder of a 2018 Jeep Compass, VIN: 3C4NJDCB8JT249173 ("Vehicle").

3.  Creditor neither agrees or disagrees and leaves the Debtor to their burden of proof.

4. Creditor disagrees. Debtor is relying on a Trade-In valuation. Pursuant to 11 U.S.C § 722 and 11 U.S.C § 522, Creditor is entitled to the fair market value. Accordingly, Creditor believes the replacement value of the Vehicle is $18,900.00, pursuant to the N.A.D.A. valuation, attached hereto as Exhibit A.

5. Creditor is entitled to the Collateral's value of $18,900.00 as per the N.A.D.A. Power valuation.

WHEREFORE, Creditor, respectfully requests the Court deny Debtor's Motion and for such other and further relief as the Court deems appropriate.

Respectfully Submitted,

Date: February 10, 2026

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman, Esq. PA 333427
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Bridgecrest Acceptance Corporation
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
egarifullina@orlans.com
mbradford@orlans.com
File Number: 26-001660