# Exhibit A

# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: January 31, 2026

Customer: COOLBAUGH, BRANDON
File No.: BRDG-1832889

Vehicle Description: 2018 Jeep Compass Utility 4D Limited 4WD 2.
VIN: 3C4NJDCB8JT249173

## Base Values

Retail: $ 16025.00      Wholesale/Trade-in: $ 11375.00

## Optional Equipment/Adjustments

Estimated Miles    68296    $    2875.00

## Total Adjusted N.A.D.A. Used Car Guide Values

Retail: $ 18900.00      Retail/Wholesale Average: $ 16575.00

Reference  01/2026 Eastern