UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

In re:   Chapter 7
   Brandon Lee Coolbaugh   Case No. 26-00030-MJC
    AKA Brandon Coolbaugh
    AKA Brandon L Coolbaugh

   Debtor

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on February 10, 2026, I caused to be served a copy of Response to Motion to Redeem on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>February 10, 2026</u>   Respectfully Submitted,

<u>/s/ Elizabeth A. Trachtman</u>
Eliza Garifullina, Esq. PA 336983
Elizabeth A. Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Bridgecrest Acceptance Corporation
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
etrachtman@orlans.com
mbradford@orlans.com
File Number: 26-001660

<u>VIA US MAIL</u>

Brandon Lee Coolbaugh, Debtor
637 Purdy Road
Dalton, PA 18414

<u>VIA ECF</u>

Carlo Sabatini, Esq. on behalf of Debtor

Lisa Ann Rynard Esq., Chapter 7 Trustee

Case 5:26-bk-00030-MJC   Doc 15-2   Filed 02/10/26   Entered 02/10/26 13:49:30   Desc
Certificate of Service    Page 1 of 1