UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 26-00030-MJC-7

Brandon Lee Coolbaugh  Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bankr. Case No. 26-00030-MJC-7

Brandon Lee Coolbaugh　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 9, 2026 :

Carlo Sabatini　　　　　　　　　　　　　　　　Lisa Ann Rynard
216 N. Blakely St.　　　　　　　　　　　　　　240 Broad Street
Dunmore, PA 18512　　　　　　　　　　　　　　Montoursville, PA 17754

　　　　　　　　　　　　　　　　　　　　　　By　/s/ Mandy Youngblood
　　　　　　　　　　　　　　　　　　　　　　　　　Mandy Youngblood

xxxxx55510 / 1126221