**LOCAL BANKRUPTCY FORM 9013-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Brandon Lee Coolbaugh aka Brandon Coolbaugh aka Brandon L Coolbaugh | CHAPTER 7 |
| **Debtor(s)** | CASE NO. 5-26-bk-00030 |
| Brandon Lee Coolbaugh | ADVERSARY NO. __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. Bridgecrest Acceptance Corporation | Nature of Proceeding: Motion to Redeem |
| **Defendant(s)/Respondent(s)** | Document #: 11 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

    Reason for the continuance.
To allow time for Respondent to receive appraisal report and to discuss possible settlement

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 12, 2026

/s/ Elizabeth A. Trachtman

Attorney for Bridgecrest Acceptance Corporation

Name: Elizabeth A. Trachtman

Phone Number: 302-339-8091

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.