UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

In re:  
    Brandon Lee Coolbaugh  
      AKA Brandon Coolbaugh  
      AKA Brandon L Coolbaugh  

    Debtor

Chapter 7  
Case No. 26-00030-MJC

## CERTIFICATE OF SERVICE

I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on March 12, 2026, I caused to be served a copy of Motion to Continue on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: March 12, 2026

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*  
Eliza Garifullina, Esq. PA 336983  
Elizabeth A. Trachtman, Esq. PA 333427  
Michele M. Bradford, Esq. PA 69849  
Orlans Law Group PLLC  
Attorney for Bridgecrest Acceptance Corporation  
200 Eagle Road, Bldg 2, Suite 120  
Wayne, PA 19087  
(484) 367-4191  
Email: egarifullina@orlans.com  
etrachtman@orlans.com  
mbradford@orlans.com  
File Number: 26-001660

VIA US MAIL

Brandon Lee Coolbaugh, Debtor  
637 Purdy Road  
Dalton, PA 18414

VIA ECF

Carlo Sabatini, Esq. on behalf of Debtor

Lisa Ann Rynard Esq., Chapter 7 Trustee