UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | |
|---|---|
| IN RE:<br><br>BRANDON LEE COOLBAUGH<br>   AKA BRANDON COOLBAUGH<br>   AKA BRANDON L COOLBAUGH<br><br>Debtor | Chapter 7<br>Case No. 26-00030-MJC |
| BRANDON LEE COOLBAUGH<br><br>Movant<br><br>v.<br><br>BRIDGECREST ACCEPTANCE<br>CORPORATION<br><br>Respondent | Re Docket Nos. 11 & 15 |

**STIPULATION GRANTING MOTION TO REDEEM PERSONAL PROPERTY**

NOW COMES the Creditor, Bridgecrest Acceptance Corporation ("Creditor"), by and through its attorneys, Orlans Law Group PLLC, by Elizabeth A. Trachtman, having filed a having filed an Objection to Debtor's Motion to Redeem Property (Docket No. 15), in response to a Motion to Redeem a 2018 Jeep Compass, filed by the Debtor, Brandon Lee Coolbaugh (Docket No. 11), by and through their attorney Carlo Sabatini, and the parties having reached a resolution:

1. The redemption value of the Debtor's personal property (the "Vehicle") more particularly described as: 2018 Jeep Compass, VIN 3C4NJDCB8JT249173, has been agreed to by the parties at $13,700.00.

2. Redemption funds are to be received within thirty (30) days of the entry of the Order Granting Stipulation. If not received within thirty (30) days of the Order, Creditor shall submit an order granting relief from the automatic stay.

3. Creditor shall release the lien/title within 21 days upon receipt of redemption funds.

4. The Hearing scheduled for April 14, 2026 at 10:00 AM is hereby cancelled.

IT IS HEREBY AGREED that to the extent the Order Granting Motion to Redeem entered by this court states that the personal property may be redeemed, that the redemption value be $13,700.00 as agreed by the parties.

Approved as to form and content:

Date: April 10, 2026

/s/ Carlo Sabatini
Carlo Sabatini
Attorney for Debtor
216 N. Blakely St.
Dunmore, PA 18512
570-341-9000
Email: usbkct@bankruptcypa.com

Date: April 10, 2026

Respectfully Submitted,

/s/ Elizabeth A. Trachtman
Eliza Garifullina, Esq. PA 336983
Elizabeth A. Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Bridgecrest Acceptance
Corporation
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
etrachtman@orlans.com
mbradford@orlans.com
File Number: 26-001660