# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

IN RE:

BRANDON LEE COOLBAUGH
  AKA BRANDON COOLBAUGH
  AKA BRANDON L COOLBAUGH

      Debtor

BRANDON LEE COOLBAUGH

      Movant

v.

BRIDGECREST ACCEPTANCE
CORPORATION
      Respondent

Chapter 13
Case No. 26-00030-MJC

## **ORDER**

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

BY THE COURT,

_____
Honorable Mark J. Conway
U.S. Bankruptcy Judge