## LOCAL BANKRUPTCY FORM 9019-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | | | |
| **Brandon Lee Coolbaugh,** | | **CHAPTER** | **7** |
| | | **CASE NO.** | **5:26-bk-00030-MJC** |
| | **Debtor** | **ADV. NO.** | _____ |
| | | **NATURE OF PROCEEDING:** | **Motion to Redeem** |
| **Brandon Lee Coolbaugh,** | | **DOCUMENT No.** | **11, 15, 20** |
| | **Movant** | | |
| **vs.** | | | |
| **Bridgecrest Acceptancve Corporation,** | | | |
| | **Respondent** | | |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

      ☒ Thirty (30) days.

      ☐ Forty-five (45) days.

      ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 13, 2026          s/Carlo Sabatini
                        Attorney for:    Debtor

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.