UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

IN RE:

BRANDON LEE COOLBAUGH
  AKA BRANDON COOLBAUGH
  AKA BRANDON L COOLBAUGH

     Debtor

Chapter 13
Case No. 26-00030-MJC

BRANDON LEE COOLBAUGH

     Movant

v.

BRIDGECREST ACCEPTANCE
CORPORATION
     Respondent

**ORDER APPROVING STIPULATION**

Upon consideration of the Stipulation filed at Doc. 20 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 16, 2026