# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brandon Lee Coolbaugh,
aka Brandon Coolbaugh, aka Brandon L Coolbaugh,

**Debtor 1**

Chapter     7

Case No.     5:26–bk–00030–MJC

Social Security No.:

xxx–xx–1659

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 16, 2026

**fnldecac** (05/18)