United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Brandon Lee Coolbaugh  
    Debtor

Case No. 26-00030-MJC

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 15, 2026 | Form ID: 318 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Lee Coolbaugh, 637 Purdy Road, Dalton, PA 18414-8020 |
| 5770921 | | Bridgecrest Credit Company, 1800 N Colorado St, Gilbert, AZ 85233 |
| 5770924 | | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5770927 | | Credit One Bank, PO Box 6500, City of Industry, CA 90601 |
| 5770933 | + | Lehigh Valley Hospital, 330 Main St, Dickson City , PA 18519-1691 |
| 5770942 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Apr 15 2026 22:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: AISACG.COM | Apr 15 2026 22:40:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5787129 | | EDI: PHINAMERI.COM | Apr 15 2026 22:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5770919 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 15 2026 18:51:51 | Affirm Inc, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5770920 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 15 2026 18:41:00 | Bridgecrest, 7300 E Hampton Ave, Ste 101, Mesa, AZ 85209-3324 |
| 5771655 | + | EDI: AISACG.COM | Apr 15 2026 22:40:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5770922 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 15 2026 18:41:58 | Caine & Weiner Company Inc, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 5770923 | + | EDI: CAPITALONE.COM | Apr 15 2026 22:40:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5770924 | | Email/Text: bankruptcy@celticbank.com | Apr 15 2026 18:41:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 5770925 | | EDI: CITICORP | Apr 15 2026 22:40:00 | Citibank NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5770926 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2026 18:51:51 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5770928 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2026 18:51:58 | Credit One Bank, N.A., 335 Madison Ave, New York, NY 10017-4611 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5770929 | ^ | MEBN | Apr 15 2026 18:37:29 | Dept of Ed/Aidvantage, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5770930 | ^ | MEBN | Apr 15 2026 18:37:20 | First Electronic Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5770931 | | EDI: PHINAMERI.COM | Apr 15 2026 22:40:00 | GM Financial, Attn: Bankruptcy, 801 Cherry St, Ste 3500, Fort Worth, TX 76102-6854 |
| 5770932 | + | EDI: JPMORGANCHASE | Apr 15 2026 22:40:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5770935 | | Email/Text: ml-ebn@missionlane.com | Apr 15 2026 18:41:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 5770934 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2026 18:41:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5770936 | | EDI: PRA.COM | Apr 15 2026 22:40:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5770938 | | EDI: CCS.COM | Apr 15 2026 22:40:00 | Progressive Insurance, PO Box 55126, Boston, MA 02205-5126 |
| 5770939 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2026 18:51:51 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5770940 | | EDI: WTRRNBANK.COM | Apr 15 2026 22:40:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5770941 | | Email/Text: bknotice@upgrade.com | Apr 15 2026 18:41:00 | Upgrade Inc., 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5770943 | | Email/Text: edbknotices@ecmc.org | Apr 15 2026 18:41:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5770944 | ^ | MEBN | Apr 15 2026 18:37:24 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5771656 | *+ | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5770937 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Carlo Sabatini

on behalf of Debtor 1 Brandon Lee Coolbaugh usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin
i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Elizabeth Trachtman

on behalf of Creditor Bridgecrest Acceptance Corporation ANHSOrlans@InfoEx.com

Lisa Ann Rynard

larynard@larynardlaw.com PA88@ecfcbis.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

Debtor 1   Brandon Lee Coolbaugh
      First Name   Middle Name   Last Name

Social Security number or ITIN  xxx–xx–1659
EIN  _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

Social Security number or ITIN  _ _ _ _
EIN  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  5:26–bk–00030–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brandon Lee Coolbaugh
aka Brandon Coolbaugh, aka Brandon L
Coolbaugh

**By the court:**

4/15/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**